No. 85–792. INTERSTATE COMMERCE COMMISSION *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL.; and

No. 85–793. MISSOURI-KANSAS-TEXAS RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 245 U. S. App. D. C. 311, 761 F. 2d 714.

No. 85–889. COLORADO *v.* BERTINE. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–1233. INTERNATIONAL PAPER CO. *v.* OUELLETTE ET AL. C. A. 2d Cir. Certiorari granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 85–24. MARYLAND *v.* ELFADL. Ct. Sp. App. Md. Certiorari denied.

No. 85–552. SAKAMOTO ET AL. *v.* DUTY FREE SHOPPERS, LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–705. MOLT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–874. HACKNEY, INC., ET AL. *v.* BROCK, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 85–902. INTERFIRST BANK DALLAS, N. A. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–913. RESHA ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1007. DICARO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1051. ROE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.